McALLISTER, Respondent, *v.* PECK *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ

*F. M. Littlefield,* for appellants.  *B. Metzger,* for respondent.

No opinion.  Motion for affirmance of judgment for non-service of printed papers granted, with costs.

---

MANHEIMER, Respondent, *v.* SCHNEITTACHER, Appellant.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fifth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*Boardman & Boardman,* for appellant.  *A. H. Berrick,* for respondent.

No opinion.  Judgment affirmed, with costs.

---

MAYOR, ETC., OF THE CITY OF NEW YORK, Appellant, *v.* EICHHORN, Respondent.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from fourth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*L. Steckler,* for appellant.  *B. Hoffman,* for respondent.

No opinion.  Judgment reversed, new trial ordered, costs to abide event.

---

METZLER, Respondent, *v.* MURRAY, Appellant.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from city court. general term.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*Jas. P. Campbell,* for appellant.  *Angel & Smith,* for respondent.

No opinion.  Judgment affirmed with costs.

---

MURRAY, Respondent, *v.* GILHOOLY, Appellant.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from tenth district court.

Argued before LARREMORE, C. J., and VAN HOESEN, J.

*W. K. Gilchrist,* for appellant.  *S. E. Duffy,* for respondent.

No opinion.  Judgment affirmed, with costs.

---

NIEBUHR, Appellant, *v.* SCHREYER, Respondent.

(*Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.

Argued before LARREMORE, C. J., and DALY and BOOKSTAVER, JJ.

No opinion.  Order affirmed, with costs.  For former report, see 2 N. Y. Supp. 413.